IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZO LIFE SCIENCES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-105 (LPS) |
| v. | ) |
| | ) |
| LIFE TECHNOLOGIES CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendant Life Technologies Corporation to answer, move or otherwise respond to the Complaint is hereby extended through and including April 23, 2012.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Brian E. Farnan* | */s/ Karen Jacobs Louden* |
| Brian E. Farnan (#4089) | Karen Jacobs Louden (#2881) |
| 919 North Market Street | 1201 North Market Street |
| 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 777-0300 | (302) 658-9200 |
| bfarnan@farnanlaw.com | klouden@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of March 2012.

_____
                              J.

5799083.2